IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Sonia D. Filby, et al. | : | |
| | : | Case No. 3:13-cv-01582 |
| Plaintiffs, | : | |
| | : | Judge Jeffrey J. Helmick |
| v. | : | |
| | : | |
| Windsor Mold USA, Inc. | : | |
| | : | |
| Defendant. | : | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE AND EXHIBIT B OF CAFA NOTICE UNDER SEAL

It is hereby ADJUDGED, DECREED and ORDERED that Defendant's Unopposed Motion for Leave to File Confidential Settlement Agreement and Release and Exhibit B of the CAFA Notice Under Seal is hereby **GRANTED.**  Defendant shall have three days from the date of this Order to file the aforementioned documents under seal with this Court.

October 30, 2014_____   \_\_s/Jeffrey J. Helmick_____
 DATE                                                                     UNITED STATES JUDGE

COLUMBUS/1741441v.1